UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. **07-114 JJF** ) ) |
| **MATIMA MILLER,** | ) ) |
| Defendant. | ) |

### O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on **9/13/07** requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until 10/15/07. The time between the date of this order and 10/15/07 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
   United States Attorney



FILED

SEP 1 3 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE