IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-114-JJF |
| | ) | |
| MATIMA MILLER | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Having considered the parties' Joint Motion for Exclusion of Time, **IT IS HEREBY ORDERED** that the period from October 17, 2007, through January 8, 2008, is excluded under the Speedy Trial Act, because the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h).

_____
The Honorable Joseph J. Farnan, Jr.
United States District Judge

Dated: October 18, 2007

FILED

OCT 19 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

3