IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | **SEALED** |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-114 JJF |
| | : | |
| MATIMA MILLER, | : | |
| | : | |
| Defendant. | : | |

### O R D E R

WHEREAS, the Court has been notified that Defendant is prepared to change his plea in the above-captioned case;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Jury Trial set to commence January 8, 2008 is **CANCELLED**.

2. A Rule 11 hearing will be held on **January 10, 2008 at 4:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

3. The time between the date of this Order and January 10, 2008 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

December 11, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE



FILED
DEC 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE